**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 259 MAL 2020 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the **Unpublished** |
| v. | : **Memorandum and Order** of the |
| | : Superior Court at No. 1575 MDA |
| | : 2019 entered on April 21, 2020, |
| CHARLES LEONARD HAKES, | : **reversing and vacating** the |
| | : Judgment of Sentence of the |
| Respondent | : Bradford County Court of Common |
| | : Pleas at No. CP-08-CR-0000848- |
| | 2018 entered on August 29, 2019 |

## ORDER

**PER CURIAM**                                   **DECIDED: August 31, 2021**

      **AND NOW**, this 31st day of August, 2021, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and this case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Baker-Myers*, ___ A.3d ___, 2021 WL 3073152 (Pa. 2021).